**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

KELVIN BOYD,                                    :
                                                :
      Plaintiff,                          :
                                                :
vs.                                             :          1:04-CV-125 (WLS)
                                                :
MICHAEL ALLEN, ET. AL.,                         :
                                                :
      Defendants.                        :
_____

## ORDER

      Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 19),  filed November 8, 2005.  It is recommended that Defendants Rose's and Joseph's motions to dismiss Plaintiff's *pro se* § 1983 action for failure to prosecute pursuant to Fed.R.Civ.Pro. 41(b) (Tabs 13, 15) be granted.  Further, the Magistrate Judge recommends the dismissal of the complaint against Defendants Allen and Adams for failure to perfect service.   Plaintiff has not filed a timely objection to the Report and Recommendation.

      Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint (Tab 2) is **DISMISSED.**

      SO ORDERED,  this   23rd  day of December, 2005.


        ___/s/W. Louis Sands_____
        **W. LOUIS SANDS, CHIEF JUDGE
        UNITED STATES DISTRICT COURT**